UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARLA TAYLOR BYRD,**

   Plaintiff,

v.                                                        No. 4:21-cv-1348-P

**HOME STASH LLC ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 9. No objections were filed. The Magistrate Judge's Recommendation is thus ripe for review.

The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case should be, and is hereby, **DISMISSED without prejudice**.

**SO ORDERED** on this **8th day** of **February, 2022.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE